IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA

**FILED**

In re  Melvin T. Bell

APR 0 7 2023

U.S. DISTRICT COURT  WVND
CLARKSBURG, WV 26301

3:23-cv-98
Groh, Trumble, Sims

---

**WRIT OF HABEAS CORPUS**
Pursuant To Factual Innocence And
Fundamental Miscarriage Of Justice
§28 U.S.C.§ 1651

Case no. 13-cr-949 (7th cir.)
Fed. R. Civ. Pr. 8(e)

---

United States Attorney's Office
United States Attorney William J. Ihlenfeld
500 W. Pike Street, Suite 301
Clarksburg, West Virginia 26301

Submitted By
Mr. Melvin T. Bell
Reg. no. 22485-075
FCI Gilmer, P.O. Box 6000
Glenville, West Virginia

ACTUAL INNOCENCE AND
FUNDAMENTAL MISCARRIAGE OF JUSTICE CLAIM


Comes now Petitioner, in the above styled Writ asking this
Honorable Court to take Judicial Notice that said U.S. Attorney
for the United States did **not** have all of the necessary elements
to hold Petitioner to a mail fraud scheme, because the trial
record show and proves that Petitioner did not commit mail fraud.
See: United States v Galloway, 664 F.2d 161, 164 (7th Cir. 1981);
and Neder v United States, 527 U.S. 1, 20 (1999).

Petitioner suffers a Fifth Amendment to the Constitution to
the United States violation of Due Process and other guaranteed
Rights contained in that Constitution.

Petitioner is actually innocent and factually innocent of the
mail fraud offense, which is here to be seen on the face of the
Judgment Roll.

Petitioner asks this Honorable Court to release him of and
from being more likely than not illegally imprisoned for a crime
Trial Court factually determined he did not commit.


Respectfully,


i

## INTRODUCTION OF CLAIM OF ACTUAL INNOCENCE
## AND IMPRISONMENT BY CONSTITUTIONAL VIOLATION

    This suit is governed by the Constitution of the United States of America and Laws of the United States, comes before this Honorable Court for the resolution of Petitioner's contractual, equitable, statutory and Constitutional claims against Respondent - United States Federal Government (UNITED STATES) arising out of the United States failure to perform on its promises that guaranteed Petitioner (Mr. Bell) to be exempted from being convicted and being imprisoned for a crime Trial Court factually determined I did not commit prior to that case being brought to the jury to vote, and other equitable relief according to the admissions, stipulations, terms and obligations expressed and agreed to by the United States found in the Constitution, Laws and Treaties of the United States.

QUESTIONS TO BE PRESENTED

1. Is the Petitioner detained or imprisoned for conduct that was not criminal under the mail fraud statute?

2. Does Petitioner stand convicted for an act the law does not make criminal?

3. Is Petitioner detained because Congress authorized his detention for having had 50% of his clients drive to his office and pick up a letter by hand, or because federal courts erroneously construed the statute to criminalize conduct Congress did not in fact make criminal under the mail fraud statute?

TABLE OF CONTENTS

INTRODUCTION                                          1

JURISDICTIONAL STATEMENT                             2

LEGAL ANALYSIS                                        4

HISTORY                                              6

ELEMENTS OF MAIL FRAUD                               8

USE OF THE MAILS ELEMENT IS BOTH
THE JURISDICTIONAL ELEMENT AND
CAUSE OF ACTION                                      8

MAIL FRAUD IS A CONTINUOUS OFFENSE                   9

THERE CAN BE ONLY ONE PROSECUTION
FOR A CONTINUING CRIME                               9

SPECIFIC ISSUES RELEVANT TO
PETITIONER'S FACTUAL INNOCENCE                       10

ACTUAL AND FACTUAL INNOCENCE CLAIM                   11

  I. FINDING OF FACTS                                11
 II. FACTUAL BASIS FOR CLAIM OF
     ACTUAL INNOCENCE                                12
III. BASIS FOR CONSTITUTIONAL CLAIM                  18
     MISCARRIAGE OF JUSTICE CLAIM                    19
 IV. ELEMENTS OF MAIL FRAUD JURISDICTION             27
  V. FINDINGS OF FACTS CONCLUSION                    28
 VI. CONCLUSION                                      30

RELIEF REQUESTED                                     32

AFFIDAVIT OF TRUTH
AFFIDAVIT OF FACTS

APPENDIX

TABLE OF AUTHORITY

<u>CASES</u>                                                                                                    <u>PAGE</u>

Anderson v. Legrand, 2012 U.S. Dist. LEXIS 20523
    (E.D. of Virginia, Alexandria Division) . . . . . . . . . .29

Ashe v. Swenson, 397 U.S. 436 (1970) . . . . . . . . . . . .17-18

Brandon v. Wilson, 2017 U.S. Dist LEXIS 24699
    (N.D.W.V. Jan. 30, 2017) . . . . . . . . . . . . . . . . 4

Bounds v. Smith, 430 U.S. 817 )1977) . . . . . . . . . . . 3

Bousley v United States, 523 U.S. 614 (1998) . . . . . . . .14, 21

Carter v. United States, 530 U.S. 255 (2000) . . . . . . . . 8

Davis, In Re, 557 U.S. 952 (2009) . . . . . . . . . . . . . 2

Dowling v. United States, 493 U.S. 342 (1990) . . . . . . . 19

Frankel v. United States, 358 F.Supp 3d 537 (4th Cir. 2019) . 18

Herrera v. Collins, 506 U.S. 390 (1993) . . . . . . . . . . 2-3, 20

Johnson v. Hargett, 978 F.2d 855 (5th Cir. (1992) . . . . . 5

Jones, In Re, 226 F.3d 328 (4th Cir. (2000) . . . . . . . . 2. 4

Land v. Dollar, 330 U.S. 731 (1947) . . . . . . . . . . . . 8

McQuiggin v. Perkins, 569 U.S. 383 (2013) . . . . . . . . . 2

Montana v. United States, 440 U.S. 147 (1979) . . . . . . . 29

Murray v. Carrier 477 U.S. 478 (1986) . . . . . . . . . . . 2, 20, 26

Neder v. United States, 527 U.S. 1 (1999) . . . . . . . . . i, 8, 13

Nielson, In Re, 131 U.S. 176 (1889) . . . . . . . . . . . . 9

Pereira v. United States, 347 U.S. 1 (1954) . . . . . . . . 8, 27

Rosenberg v. United States, 120 F.2d 935 (10th Cir. 1941) . . Appx I

Sawyer v. Whitley, 505 U.S. 333 (1992) . . . . . . . . . . . 26

Schulp v. Delo, 513 U.S. 298 (1995). . . . . . . . . . . . . 26

Semtek Int'l v. Lockheed Martin Corp.,
    531 U.S. 497 (2001) . . . . . . . . . . . . . . . . . . 19

Snow, In Re, 120 U.S. 274 (1887) . . . . . . . . . . . . . . 9

United States v. Balin, 977 F.2d 270 (7th Cir. 1992) . . . . 17-18

United States v. Boone, 628 F.3d 927 (7th Cir. (2010) . . . . Appx H

United States v. Galloway, 664 F.2d 161 (7th Cir. (1981) . . i, 8, G

# TABLE OF AUTHORITY

CASES _____                                                        PAGE

United States v. Goodwin, 457 U.S. 368 (1982) . . . . . . . . 30

United States v. Jones, 758 F.3d 579 (4th Cir. 2014) . . . . 4

United States v. Kent, 608 F.2d 542 (5th Cir. 1979) . . . . 8

United States v. Mikaitis, 33 F.4th 393 (7th Cir. 2022) . . . 13

United States v. Pettiford, 612 F.3d 270 (4th Cir. 2010) . . 5

United States v. Poole, 531 F.3d 263 (4th Cir. 2008) . . . . 4

United States v. Pregraves, 658 F.Supp. 2d 770
  (4th Cir. 2009) . . . . . . . . . . . . . . . . . . . . 8

United States v. Rafiekian, 991 F.3d 529 (4th Cir. 2021) . . 13

United States v. Serlin, 538 F.2d 737 (7th Cir. 1976) . . . . 9

Winship, In Re, 397 U.S. 358 (1970) . . . . . . . . . . . . 13


OTHERS _____

18 U.S.C. §1341 . . . . . . . . . . . . . . . . . . . . 8-9, 27, M

28 U.S.C. §1651 . . . . . . . . . . . . . . . . . . . . . 2, N

Collateral Estoppel . . . . . . . . . . . . . . . . . . 19

Direct Estoppel . . . . . . . . . . . . . . . . . . . . 19

Fifth Amendment to the United States Constitution . . . . . 19

Issue Preclusion . . . . . . . . . . . . . . . . . . . . 19

## INTRODUCTION

Upon consideration of the admissions, evidence, stipulations of the  parties, the United States proposed finding of facts and conclusions of law, and relevant legal authorities, Petitioner now prays to the end for this Writ of Habeas Corpus to be granted in accordance with the guarantees found in the Constitution of the United States of America and Laws of the United States.

## JURISDICTIONAL STATEMENT

The Jurisdiction of the United States District Court for the Northern District of West Virginia is invoked pursuant to TITLE 28 of the United States Code ("U.S.C.") Section 1651, the Fundamental Miscarriage of Justice Exception, and the Actual Innocence Exception.

A petition for Writ of Habeas Corpus is authorized and available under the ALL WRITS ACT - Section 1651 and a Claim of a Fundamental Miscarriage of Justice by factual innocence claim. Murray v Carrier, 477 U.S. 478, 496 (1986); and In Re Jones, 226 F. 3d 328, 329 (4th Cir 2000).  It is an extraordinary remedy, and it is to be used only under circumstances compelling such action to achieve justice. Herrera v Collins, 506 U.S. 390, 404 (1993).

It is ordinarly available to entertain in extraordinary cases when failure to do so would result in a fundamental miscarriage of justice to relieve from conviction one who is factually innocent of a crime.

A habeas corpus also lies to correct a fundamental defect of the most fundamental nature where an individual is incarcerated for conduct that is not criminal.

Claims of actual factual innocnence have been recognized in constitutional and habeas jurisprudence as among the most compelling cases for habeas review. McQuiggin v Perkins, 569 U.S. 383, 392 (2013). Futhermore, Actual Innocence claims require careful scrutiny even when they are brought in successive collateral attack. In Re Davis, 557 U.S. 952 (2009).

2

## JURISDICTIONAL STATEMENT

This petition is a direct inquiry into the FactualInnocence of Petition found to be true by Trial Court in 2017, and its legal effect.

It is also a direct inquiry challenging the existence of the "use of the mail" subject matter jurisdiction element of the alleged federal criminal action with the overall goal of testing the constitutionality and legality of both the proceedings and imprisonment of Petitioner in the aforesaid cause of action according to the express, clear, and unambiguous terms therein guranteed in the Constitution, Laws, and Treaties of the United States and Federal Government.

Furthermore, the United States accepted and promised to perform the acts herein requested and required by law under oath.

"A habeas claim is the first line of defense against constitutional violations." Bounds v Smith, 430 U.S. 817, 828 (1977).

"Fundamental Miscarriage of Justice Exception is grounded in the equitable discretion of Habeas Courts to see that Federal Constitutional erros do not result in the incarceration of innocent persons." Herrera v Collins, 506 U.S. 390, 404 (1993).

## LEGAL ANALYSIS

A Writ of Habeas Corpus is a mechanism by which a district court may exercise its jurisdiction in order to relieve from conviction one who is factually innocent of a crime.

The Supreme Court of the United States and Eleventh Circuit have both recognized that the Actual Innocence Doctrine applies only in two contents: (1) Where the defendant claims he is actually innocent of the conviction, i.e., He did not commit the charged offense/crime, and (2) Where a defendant claims that he is actually innocent of a capital sentence.  United States v Jones, 758 F.3d 579, 586 (4th Cir 2014).

The Northern District of West Virginia has held that the Actual Innocence Exception has been interpreted by this Court as actual innocence of the underlying substantive offense, not innocence of a sentencing factor.  Brandon v Wilson, 2017 U.S. Dist. LEXIS 24699, LEXIS 14 (N.D.W.V. Jan. 30, 2017).

The Fourth Circuit issued a decision in In Re Jones, 226 F.3d 328, 329 (4th Cir 2000) that a narrow gateway opened to 2241 Habeas Corpus relief for certain prisoners found actually innocent of their offenses of conviction, allowing relief only where the acts for which the defendant was convicted are not a crime.  See also: United States v Poole, 531 F.3d 263, 267, n. 7 (4th Cir 2008).

In United States v Jones, 758 F.3d 579, 586 (4th Cir. 2014), "innocence of the conviction implicates the notion that a person has been incarcerated for a crime he did not commit."

Additionally, the concept of actual innocence is easy to grasp, as it means the defendant did not commit the charged offense.

## LEGAL ANALYSIS

Actual Innocence also means that "in light of all the evidence there is a fair proability that a reasonable trier of fact could **not find all the elements necessary to convict** the defendant of that particular crime. Johnson v Hargett, 978 F.2d 855, 860 (5th Cir. 1992).

The Fourth Circuit explains that to succeed on actual innocence grounds a petitioner must demonstrate actual factual innocence of the offense of conviction, i.e., that petitioner did not commit the crime of which he was convicted; this standard is not satisfied by a showing that a petitioner is legally, but not factually innocent. United States v Pettiford, 612 F.3d 270, 282 (4th Cir. 2010).

## HISTORY

   Petitioner notes that the background of this alleged criminal case has been described at some length in prior related proceedings and will therefore limit this discussion to the relevant issues to this matter.

## HISTORY

    On December 13, 2013, the Grand Jury of the Northern District of Illinois, Eastern Division indicted Melvin T. Bell, Monica Hernandez and Carlos Rayas with four identical counts of mail fraud under TITLE 18 U.S.C. §1341 for having had one single scheme in which majority of Washington National Trust ("WNT") clients **drove** to the WNT office and picked-up their signed copy of their WNT contract ("the Letter") by hand, and did not recieve their letter by mail.

## ELEMENTS OF MAIL FRAUD

In Pereira v United States, the Supreme Court of the United States issued a landmark decision that the elements of the offense of "mail fraud under" 18 U.S.C. §1341 are: (1) a scheme to defraud, and (2) the mailing of a letter, etc for the purpose of executing the shceme, 347 U.S. 1, 8 (1954). See also Carter v United States 530 U.S. 255 (2000); and United States v Pregraves, 658 F. Supp. 2d 770, 782 (4th Cir. 2009).

The Supreme Court of the United States further holds that in Neder v United States, 527 U.S. 1, 20 (1999); " mail fraud jurisdictional element requires the 'use of the mails.'" See also United States v Galloway, 664 F.2d 161, 164 (7th Cir. 1981) and United States v Kent, 608 F.2d 542, 546 (5th Cir. 1979).

## "USE OF THE MAILS ELEMENTS IS BOTH THE JURISDICTIONAL ELEMENT AND CAUSE OF ACTION"

The phrase "use of the mails" is both the jurisdictional element and cause of action under 18 U.S.C. 1341. Land v Dollar, 330 U.S. 731 735, n.4 (1947).

## MAIL FRAUD IS A CONTINUOUS OFFENSE

In United States v Serlin, 538 F. 2d 737, 743 (7th Cir. 1976), the Seventh Circuit issued a decision that "mail fraud is a continuous offense."

## THERE CAN BE ONLY ONE PROSECUTION FOR A CONTINUING CRIME

In the Supreme Court of the United States landmark decision; In Re Nielson, 131 U.S. 176 (1889) the Supreme Court holds as follows: "As a general rule, there can be only one prosection for a continuing crime."  See also In Re Snow, 120 U.S. 274 (1887).

9

## SPECIFIC ISSUE RELEVANT TO PETITIONER'S FACTUAL INNOCENCE

The issue of whether or not I used or caused the mails to be used in the execution or in the in furtherance of that scheme alleged in that indictment and tried was necessarily decided against the United States.


In this present suit, the adjudication of the subject brought to court for litigation by the United States resulted in a decision that I never used or caused the mails to be used in the execution of, nor in the in furtherance of an alleged scheme to defraud.

This decision should have had some kind of legal effect to have barred or estopped (or other legal law) the continued litigation of the same identical subject that was correctly dismissed prior to the submission of the case to the jury to vote.

This continued re- litigation of that previously resolved subject, more likely than not, proably resulted in my unjust incarceration.

## ACTUAL AND FACTUAL INNOCENCE CLAIM

### I. FINDING OF FACTS

The Constitution, Laws and Treaties of the United States contains various Rights and Remedies thereunder due to Petitioner and all other citizens of the United States of America being similarly situated under common consolidated redressable claims.

Let it be known that the United States and its Attorney General accepted Trial Court's factual finding of my (Petitioner's) actual innocence without challenge or objection in accord with the terms of the Constitution, Laws and Treaties of the United States.

Furthermore, the parties here have consented and agreed to proceed to operate under the Constitution, Laws and Treaties of the United States thereto for the resolution of these matters and all matters related thereto, known or unknown.

Bear in mind that these matters herein are now ripe for determination.

Petitioner moves this Honorable Habeas Court to review the contract of record, Constitution, Laws and Treaties of the United States applicable to this issue, all relevant and material evidence, documents, admissions and stipulations of the parties, having been admitted into evidence by the above mentioned parties, and to which has made creditably findings as necessary and appropriate to realize any already resolved matters and issues in this suit herein claimed.

11

## II. FACTUAL BASIS FOR CLAIM OF ACTUAL INNOCENCE

On or about February 1, 2017, Trial Court made a factual determination that I did not commit and had not committed mail fraud as alleged in that indictment.

After arriving at this factual determination that I did not commit the crime alleged, the United States submitted a motion to dismiss mail fraud charge/offense because they could not prove the "use of the mails" subject matter jurisdiction element required by law. (See exhibit ____"E"____ ).

Trial Court granted United States motion to dismiss mail fraud charge, during the trial while those jurors were still empaneled, and prior to the submission of the case to those same jurors, because the evidenced proved that I never used or caused the mails to be used in the execution, nor in the in furtherance of alleged scheme to defraud. Thus, I did not commit the mail fraud offense.

A true and correct copy of Trial Court's factual finding of Petitioner's (my) actual innocence of those words contained in the second element of the charged offense is here to be seen primia facia on the front of the contract of record/Judgment Roll.

According to the trial record, the United States admitted and unconditionally stipulated that I did not commit that mail fraud offense.

12

## FACTUAL CLAIM OF ACTUAL INNOCENCE

After trial court entered its decision that decision, more likely than not, bound the parties to that final resolution of all matters between the parties concering and pertaining to those words contained in the second element of the mail fraud statute because a mail fraud conviction is based solely upon the use of the mail subject matter jurisdiction element. See: Neder v United States, 527 U.S. 1, 20 (1999).

Without this mandatory and necessary jurisdictional element, any conviction under the mail fraud statute is defected and federal courts lack the Congressional power to imprison anyone, including me, without sufficient proof required by the statute.

Hopefully, the landmark decision in Neder v United States, supra; that "mail fraud jurisdictional element requires the 'use of the mails,'" puts this suit in clear light.

Thus, according to the form of the statute, imprisonment for violating the mail fraud statute is legally defective if one is imprisoned without the "use of the mail" element because no crime against the United States was ever committed.

Furthermore, this Circuit has already admitted that it is unlawful for the United States to imprison any person in the absence of all the elements necessary to convict the defendant of that particular crime. See: In Re Winship, 397 U.S. 358, 364 (1970); United States v Rafiekian, 991 F.3d 529, 544 (4th Cir. 2021); and United States v Mikaitis, 33 F.4th 393, LEXIS 12 (7th Cir. 2022).

## FACTUAL CLAIM OF ACTUAL INNOCENCE

After trial court had granted United States motion to dismiss mail fraud on the ground of I never used or caused the mails to be used in the execution of, or in the in furtherance of that scheme, my then defense attorney explained to me at that defense table in that trial court in Chicago, Illinois in 2017; that he was going to tell those jurors that the trial judge determined that I did not commit the mail fraud offense.

Defense attorney further explained to me, that no reasonable juror would find me guilty of mail fraud after a federal judge factually determined that I am actually innocent of mail fraud. He told me that no juror would find that you did use the mail to execute or to in further a single scheme, after a trial judge factually determined that you did not use the mail to execute or to in further that very same scheme.

He also told me that the entire scheme must in some way, have depended upon the use of the mailing system to execute it, or to keep it ongoing to be convicted. He told me that the United States cannot divide one single scheme into fragments, then choose one piece to convict me, while simultaneously ignoring those other pieces from the same scheme which proves my innocence.

## Footnote

There was no active deployment of a letter to carry out the scheme nor to in further the same scheme. Under the 1341 statute, the "use" of the mails must be used to execute it. As my act has demonstrated, there was no "use" of the mailing system in violation of the mail fraud statute. See Bousley v United States, 523 U.S. 614, 623 (1998), where Supreme Court found him to be actually innocent because he did not "use" a firearm in the manner descibed by Congressional intent.

14

## FACTUAL CLAIM OF ACTUAL INNOCENCE

When the United States heard that defense attorney was going to tell those jurors the truth how the trial court factually determined that I did not commit the mail fraud offense, they raised an objection to that to bar defense attorney from telling those jurors the truth.

Defense attorney pleaded with trial court regarding the disclosure to those jurors the truth about my actual and factual innocence. Defense attorney request to tell those jurors the truth about how I did not commit mail fraud was denied. See exhibit ____"F"____.

Thus, this relevant evidence regarding my actual innonence was excluded from, or unavailable to those jurors at my trial in 2017, prior to their vote.

Furthermore, and most importantly, I believe, the United States has failed to provide constitutionally sufficient evidence that I am not actually innocent of mail fraud under the terms Congress defined it that statute. The law does not allow United States to deny the fact trial court determined I never used or caused the mails to be used in the execution of, or in the in furtherance of that scheme.

15

## FACTUAL CLAIM OF ACTUAL INNOCENCE

After trial court barred defense attorney the opportunity to tell those jurors the truth how United States dismissed mail fraud charge/offense because it could not prove the use of the mail jurisdictional element, the United States elected to go forward with further fact finding proceedings going to guilt or innocence for the same words in the second element of the mail fraud statue using the same evidence and legal theory that was dismissed and discontinued.

Then they further opted to perform litigation actions, more likely than not, contrary to the Constitution of the United States of America and Laws of the United States when they made me defend myself against allegations that my one single scheme used or caused the mails to be used in the execution of, or in the in furtherance of itself, after the trialcourt had adjudicated that there was no mail fraud.

It is clear that, what is true is that, after trial court adjudicated that I did not commit mail fraud because the act of which I was charged fell short of including the use of the mail subject matter jurisdictional element, the United States re-litigated the same adjudicated issue that was raised at an earlier stage of the same trial, that is, whether or not those WNT packages were sent in the mailing system to execute or to in further that scheme after they well knew that it was impossible for me to have used the mailing system to execute or to in further that scheme because most WNT clients **drove** to the WNT office and picked-up their letter (signed copy of their contract) by hand, like Mr. Tapia.

## FACTUAL CLAIM OF ACTUAL INNOCENCE

This judicial action, more likely than not, proably resulted in the wrongful imprisonment of an innocent man, specifically me because that action imprisoned me for even those clients who picked-up their letter from the WNT office by hand.

I mean, how could I have used the mailing system for wrong-doing when they drove to the office and picked it up?

Furthermore, it is there to be seen on the face of the Judgment Roll how the jury convicted me for the same words/ elements that were dismissed at an earlier stage of the same proceedings. Thus, I am being imprisoned for the same words trial court factually determined I did not do or commit.

Lastly, it is more likely than not, to see clearly how Mr. Tapia receiving his WNT package (Letter) without the use of the mails is legally sufficient evidence and proof that I am actually innocent of mail fraud.

Footnote

The relitigation of those words contained in the second element of the mail fraud offense proably resulted in Petitioner being imprisoned contrary to Ashe v Swenson, 397 U.S. 436, 443 (1970); United States v Balin, 977 F.2d 270, 276 (7th Cir. 1992); the Fifth Amendment to the Constitution of the United States and any other law or unwritten law, known or unknown prohibiting such action herein described.

The Supreme Court issued a landmark decision interpreting that the Fifth Amendment to the Constitution of the United States of America did not permit issues actually litigated and determined against the United States in a federal court to be relitigated. See Ashe and Balin, supra.

## III. BASIS FOR CONSTITUTIONAL CLAIM

The Fifth Amendment to the Constitution of the United States of America guarantees that a judge's ruling on an issue of law or fact in one proceeding binds in a subsequent proceeding ( or in a later stage of the same proceeding) the party against whom the judge had ruled, provided that the ruling could have been (or was, but unsuccessfully) challenged on appeal, or if not at least it was solid, reliable and final rather that intended to be tentative. Ashe v Swenson, 397 US 436, 446, 459-60 (1970); Frankel v United States, 358 F. Supp 3d 537, 541 (4th Cir. 2019); and United States v Balin, 977 F.2d 270, 276 (7th Cir. 1992).

The United States has admitted to the cases that control this issue herein sued and the United States has stipulated in their oath agreement as to how these cases are to be interpreted with respect to the Petitioner and his claim.

## CONSTITUTION BASIS FOR FUNDAMENTAL MISCARRIAGE OF JUSTICE

The Fifth Amendment to the United States Constitution of America guarantees to all of its citizens the Doctrine of Collateral Estoppel.

The Supreme Court of the United States issued a decision that Collateral Estoppel operates much like the rule against Double Jeopardy - and indeed has been held to be a component of Constitutional protection against Double Jeopardy. See Dowling v United States, 493 U.S. 342, 347 (1990).

Collateral Estoppel is applicable in a criminal proceedings without reference to the Double Jeopardy clause, though of course in federal prosecution the applicable version of collateral estoppel is the Federal.  Semtek Int'l v Lockheed Martin Corp., 531 U.S. 497, 507 (2001).

Issue preclusion (collateral estoppel) within the confines of a single claim or cause of action is known as Direct Estoppel.

It is more likely than not that the violation of this above stated Constitutional principle, and others, proably resulted in the incarceration of me, the petitioner.

19

## CONSTITUTIONAL CLAIM OF MISCARRIAGE OF JUSTICE

In Murry v Carrier, 477 US 478, 496 (1986) the Supreme Court of the United States of America defined that Habeas Corpus Extraordinary case is where a constitutional violation has proably resulted in the conviction of one who is actually innocent.

To prevail on a fundamental Miscarriage of Justice Exception, you must identify evidence that affirmatively demonstrates your innocence.

The Miscarriage of Justice Exception only occurs in circumstances necessary to correct a fundamental unjust incarceration and is available only when the prisoner supplements his constitutional claim with a colorable showing of factual innocence.

In addition, the Supreme Court of the United States issued a landmark decision in Herrera v Collins, 506 US 390, 404 (1993), that a "Fundamental Miscarriage of Justice Exception is grounded in the equitable discretion of Habeas courts to see that Federal Constitutional errors do not result in the incarceration of innocent persons."

According to the law, my demonstrated innocence appearing on the trial record, serves as a gateway by which this court must excuse any procedural defaults and barriers, and address my claim on the merits.

## CONSTITUTIONAL MISCARRIAGE OF JUSTICE CLAIM

The Constitution of the United States of America guaranteed to me and all of its citizens the Rule of Finality and that there is only one prosecution for a continuous crime.

The United States prosecuted me for mail fraud, and they lost their case against me, mid-trial, prior to the submission of the case to the jury.

The Constitution and Laws of the United States did not allow the United States to continue with prosecuting those other parts of that scheme/indictment because, under the law, if one part of the scheme was outside the jurisdiction of the mail fraud statute, then all other parts of the very same scheme were also outside the jurisdiction of the same mail fraud statute, as one continuous scheme cannot be divided into separated parts for the sole purpose of convicting me.

The United States should not have took the subject of the case after it had been resolved against itself, at an earlier stage of the same proceeding, and gave it to the jury to re-decide at a later stage of the same proceeding.

This logic and reasoning is well-established in and by Ashe v Swenson, supra; Bousley v United States, 523 US 614, 623-32(1998) and other cases.

A further search of Supreme Court of the United States cases shows that the term, "Factual Innocence" means this instant suit.

## CONSTITUTIONAL VIOLATION CLAIM

If it had not been for that constitutional violation occuring in my trial, i.e., the United States withdrawing my guaranteed protection from the Constitution against being re-prosecuted and imprisoned for a crime I proved that I did not commit; the jury would not have received the case to vote on - because the law had ended the case and I was free to go as there was no further business before that court.

What is true is, the "use" of the mail jurisdictional element is clearly established against the Federal Government based upon the trial record showing the adjudication of this issue being done by the trial court that I did not commit any mail fraud offense, proved beyond a reasonable doubt, prior to the submission of the case to the jury.

The law holds that any fact necessarily and finally decided by the judge is binding on the jury.

It is this constitutional violation that proably resulted in me being unjustly incarcerated. It is also the United States ignoring and disregarding Constitutional Rights establisded in but not limited to, Ashe v Swenson, supra and United States v Balin, supra - that, more likely than not, probly resulted in being imprisoned for 50% of WNT clients who received their letter by hand, and not by mail.

## CONSTITUTIONAL MISCARRIAGE OF JUSTICE CLAIM

What is not here to be seen, your Honor, is any legal theory that would allow the re-prosecution of issues (those words in the second element under the mail fraud statute); at a later stage of the trial, which were already resolved against the United States at an earlier stage of the very same trial. This Constitutional violation of my guaranteed Rights resulted in me being imprisoned for 50% of my clients getting their letter by hand, and not receiving it by mail.

Thus, I am being imprisoned contrary to, according to my best judgment, the Legislative intent written by United States Congress under the mail fraud statute.

According to the facts herein laid out in this petition, I have not been receiving the same Equal Protection Under the Law as other litigants and citizen of the United States, such as, but not limited to, Ashe, Balin, Bousley, Browne; supra, where in similar circumstances of an alleged offense not actually occurring in reality, the United States freed them from that unjust incarceration they were suffering by operation of the law.

Here, it has been just the opposite. The United States is continuing to ignore and disregard the facts regarding my guaranteed Constitutional Protection against being imprisoned for a crime I have proved beyond a reasonable doubt I did not commit. (99% of mail fraud is not mail fraud).

## CONSTITUTIONAL MISCARRIAGE OF JUSTICE CLAIM

Let the record show that the United States ignored and continues to ignore Moreno's sworn testimony regarding office practices that occured at WNT, which were, according to her eyewitness testimony - 50% of WNT clients drove to the WNT office and picked-up their letter (signed copies) in person by hand, and not by mail.

Accordingly, the United States should have stopped and ended my trial when they heard Moreno tell the whole entire world that 50% of WNT clients came and picked-up the "letter" from the WNT office, in person and by hand. Furthermore, the United States should have ended my trial after they seen legally sufficient evidence that Mr. Tapia did not get his letter by mail.

But instead, the United States pursued and continues to pursue a course of action opposite than what the law has authorized.

Now, the United States has made and is still making those clients who drove to the WNT office and got their letter by hand as one of the elements under the mail fraud statute, to have me unjustly imprisoned. If the United States would not have withdrawn my Constitutional protection and then re-litigated that resolved subject in favor of me, petitioner; then I would not be now imprisoned under the mail fraud statute for having had 50% of my clients drive to my office to pick-up their signed copies ("the Letter") by hand.

Based upon these facts herein stated under penalty of perjury, it seems as if the United States has re-defined Congress' intent under the mail fraud statute for the sole purpose "to get me."

## CONSTITUTIONAL MISCARRIAGE OF JUSTICE CLAIM

This deprivation of my rights is causing much suffering as I must now courageously swim through all of the prejudice and bias that comes with being a federal prisoner; to bring to light in the mind of those whom are reading this petition that I did not commit mail fraud; I proved in trial court that I did not commit mail fraud, and if the United States would not have withdrawn my equal protection under the law, I would not be now suffering what is, more likely than not, an unjust incarceration while simultaneously defending myself against the same accusations I defeated in 2017.

Regardless of the circumstances, Defense Attorneys, U.S. Attorney's Office, and Federal District Court should not have let my trial go forward after it was determined by trial court, I did not commit that or any mail fraud offense according to the form of the mail fraud statute. This decision is fixed in time and is binding all parties, including those jurors.

Accordingly, the Constitution and Laws of the United States prohibited, what is more likely than not, the injustice that has happened to me. It is against legal and moral precedent to have had me imprisoned for: (1) those clients who drove to my office and received their letter by hand; and (2) for mail fraud without any legally sufficient proof of the "use" of the mail jurisdiction element - because 50% of my clients received their letter by hand when they drove to my office to have picked it up.

## CONSTITUTIONAL MISCARRIAGE OF JUSTICE CLAIM

It is clear that the United States, acting under the color of authority, did not follow landmark decisions from the Supreme Court of the United States regarding guaranteed Constitutional Rights belonging to and guaranteed to me, your petitioner.

If this were not so, then I would not be serving prison time for those clients who drove to my office and picked-up their letter with their hand.

And respectfully and humbly, it is this fact which is the cause for my miscarriage of justice claim, i.e., "serving prison time for those clients who drove to my office and got their letter by hand."

In Schulp v Delo, 513 U.S. 298, 320-21(1995); the Supreme Court of the United States made a landmark decision and stated as follows: "that when the prejudice is so severe as to be fundamentally unjust, i.e., the defendant is convicted; Murray v Carrier, 477 U.S. 496 (1986), or sentenced, see Sawyer v Whitley, 505 U.S. 333. 336 (1992), when he is actually not guilty of that conviction or sentence - a prisoner need not show cause. That is why the Supreme Court created the actual innocence exception as an alternative to, not a subset of, the cause and prejudice standard."

26

## IV.  ELEMENTS OF MAIL FRAUD JURISDICTION _____

In Pereira v United States, 347 1, 8 (1954), the Supreme
Court of the United States of America held that the elements
of the offense of mail fraud under 18 U.S.C. §1341 are:

(1) A scheme to defraud, and
(2) the mailing of a letter; etc for the purpose of executing
    the scheme.

For the purpose of illustration, the mail fraud statute
contains two elements joined in its text, in which we shall call
them"(A)" and "(B)". Both elements must be proved beyond a r
reasonable doubt by the United states to sustain the imprisonment
of petitioner.

"(B)" is both the subject matter jurisdiction element and cause
of action under §1341. However due to the evidence and testimony,
trial court determined only "(A)" may have existed not "(A)"+"(B)".

The Trial Court determined that "(B)" did not exist there and
here in case no. 13-cr-00949. Thus, when that indictment was
re-issued without Mr. Tapia, it was sent to the jury as "(A)";
not "(A)" + "(B)".

So as we can see by the evidence, this is not a case of
inconsistent verdicts within a single proceeding, but instead
it is a case of, more likely than not, petitioner being imprisoned
in violation of Article III of the Constitution of the United
States of America and other constitutional violations.

## V. FINDINGS OF FACT

Common claims of Constitutiional Rights apply to all United States citizens.

Universal application of the Laws and Facts to Petitioner and all citizens of the United States is requested.

The Facts and Laws common to Petitioner are common to all United States citizens. After reviewing the contract of record, evidence, testimony and other correspondence, this court should see it is apparent that the Law and Facts common to Petitioner are common to all citizens of the United States of America, and the claims of Actual Innocence or defenses against unlawful imprison- ment are typical of the claims or defenses of all citizens of the United States of America incarcerated innocently.

The Laws and Facts common to Petitioner predominate over any questions affecting the parties and these habeas proceedings are Superior to other available methods (if any exist) for the relief and release of an innocent man from an unjust incarceration for the fair and efficient resolution of the controversey.

The fundamental claim is that despite any other fact regarding the details of any given party is such that petitioner was charged with a violation of Federal Criminal Law, when the court into which Petitioner was taken, according to the trial record, did not have any such general criminal jurisdiction over the subject matter and conduct of Petitioner - because Petitioner's conduct complained of, fell short of including "use" of the mail element. Therefore, I did not commit that or any mail fraud offense.

## FINDING OF FACTS CONCLUSION

An examination of the underlying facts reveals that Petitioner has supplied the necessary evidence to have met sufficiently the first element required for an Actual Factual Innocence claim and Miscarriage of Justice claim under the Constitution and Laws of the United States.

Petitioner asserts and the United States admits, that the district court did not possess  the "use" of the mails subject matter jurisdiction over the the merits of their alleged criminal case in that dismissed count.

The "use of the mail" element, in which is broadly focused on equity and fairness, particularly must be considered in light of the "grave miscarriage of justice" standard.

In Anderson v Legrand, 2012 U.S. Dist. LEXIS 20523, LEXIS 16 (E.D. of Virginia, Alexandria Division) held that "Dismissing counts of a complaint as barred by direct estoppel when court in first action found no personal jurisdiction on same facts present in a later case." See also, Montana v United States, 440 U.S. 147, 153 (1979).

Thus, it seems more likely than not, Petitioner has sufficient supported evidence which has proven I did not commit any mail fraud offense to establish the elements necessary to make a successful fundamental miscarriage of justice claim, in equity, to stop an unjust incarceration.

29

## VI. CONCLUSION

The trial court exhausted the factfinding function when it found that my conduct fell short of including the "use" of the mail jurisdictional element. When it did this, the prosecution had not yet obtained a conviction.

Even though the jury was the primary factfinder, the trial court resolved element two of the mail fraud statute when it granted United States' motion to dismiss, in the absence of a jury verdict.

Therefore, all the issues for the jury to have decided had been decided by the trial court and placed against the United States and I should have not been forced to defend myself against charges that were dismissed because the district court derived its jurisdiction (power) from the statute (law). Its jurisdiction extended to such matters as the statute declared criminal, and to no others. And when it undertook to imprison your Petitioner for an act to which no criminality attached, it more likely than not, imprisoned an innocent man.

Lastly, I should not be punished, ridiculed, harrassed, prejudiced, or suffer any other wrong doing by the hands of voluntary agents because I have done what the law plainly allows me to do. See United States v Goodwin, 457 U.S. 368, 372 (1982).

CONCLUSION - footnote _____

   According to the trial record, it is true that the trial court
ruled that I am actually and factually innocent of those words
contained in the second element of the mail fraud statute at an
ealier stage of the trial, then it cannot be true that I am
guilty of those very same words contained in the second element
of the mail fraud statute, at a later stage of the same trial,
from an indictment originating from the same single scheme.

   The judge's obligation to decide is not intended to produce
verdicts in opposition to the law, but to save the judge from
perjury if he or she does not know what the law means.

   Either it is true I am actually and factually innocent of
those words in the second element of the offense charged, or
it is not true I am actually and factually innocent of those
same words in the second element of the offense charged. The
lack of being guilty is a complete failure to be guilty.

   Bear in mind that a factual finding of "I did not commit mail
fraud" by the trial court at an earlier stage of my trial, should
not have brought a lesser protection against a further prosecution
for the same act of conduct that fell short of including the
"use" of the mail element which was the total cause for my
actual innocence found in the dismissed count, at a later stage
of the same trial.

## RELIEF REQUESTED

Petitioner prays for a Writ of Habeas Corpus be granted.

28 U.S.C. §1746
Mr. Melvin T. Bell
#22485-075
F.C.I. Gilmer
P.O. BOX 6000/A3
GLENVILLE, WV 26351

32