# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MELVIN T. BELL,**

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO.: 3:23-CV-98 (GROH)**

**WARDEN FCI GILMER,**

    Respondent.

## DISMISSAL ORDER

On April 7, 2023, the pro se Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. However, the Plaintiff did not submit his petition on the Court-approved form. ECF No. 1. Upon docketing the Petitioner's case, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Petitioner that his case would be dismissed within thirty days because he failed to file his claim on the Court-approved form. ECF No. 4. The Clerk attached a copy of the Court-approved habeas corpus petition form to the Notice. ECF No.4-1. Following the issuance of the Notice, the Petitioner refiled his action on the Court-approved form in a new case, docketed as case number 3:23-CV-116.

Accordingly, it is hereby **ORDERED** that this action, 3:23-CV-98, be **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court. It is further **ORDERED** that the Petitioner's pending motion [ECF No. 2] to proceed without prepayment of fees be **TERMINATED** as **MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner

by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

**DATED**: June 15, 2023

                                                  GINA M. GROH
                                                  UNITED STATES DISTRICT JUDGE